# United States Court of Appeals
## For the First Circuit

No. 08-1550

BERNARDO NADAL-GINARD,

Petitioner,

v.

ERIC H. HOLDER, JR.,* Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on February 25, 2009 is amended as follows:

On page 3, lines 19-22: the sentence "In separate proceedings, he was also found liable to BCHF in federal civil proceedings for more than $6.5 million, see Boston Children's Heart Found., Inc. v. Nadal-Ginard, 73 F.3d 429, 432, 443 (1st Cir. 1996), and he entered into a Consent Order before the Commonwealth of Massachusetts' Board of Registration in Medicine to have his medical license suspended indefinitely." shall be substituted for the sentence "He was also stripped of his medical license and found liable to BCHF in federal civil proceedings for more than $6.5 million, see Boston Children's Heart Found., Inc. v. Nadal-Ginard, 73 F.3d 429, 432, 443 (1st Cir. 1996)."

On page 3, immediately following the newly-substituted sentence, a new footnote shall be inserted reading, "Nadal-Ginard's medical license has since been reinstated."

---

*Pursuant to Fed. R. App. P. 43(c)(2), Attorney General Eric H. Holder, Jr. is automatically substituted for former Attorney General Michael B. Mukasey as the respondent herein.